JAMES V. FAZIO III (SBN: 183353)
jfazio@grsm.com
ALISON M. PRINGLE (SBN: 319995)
apringle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (619) 696-7124

Attorneys for Defendant BELLEVILLE SENATORS, INC. (ERRONEOUSLY SUED AS CAPITAL SPORTS AND ENTERTAINMENT, INC.)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASSOCIATED PRODUCTION MUSIC LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOCKEY LEAGUE, a Massachusetts nonprofit corporation; UTICA COMETS, LLC, a New York limited liability company; HERSHEY ENTERTAINMENT & RESORTS COMPANY, a Pennsylvania corporation; ONTARIO REIGN HOCKEY CLUB, LLC, a Delaware limited liability company; SYRACUSE HOCKEY OWNERSHIP TEAM, LP, a New York limited partnership; ICEARIZONA AHL CO LLC, a Delaware limited liability company; LARIMER COUNTRY SPORTS, LLC, doing business as Colorado Eagles Pro Hockey, a Colorado limited liability company; CAVALIERS OPERATING COMPANY, LLC, a Delaware limited liability company; CHICAGO BLACKHAWK HOCKEY TEAM, INC. a Delaware corporation; CAPITAL SPORTS & ENTERTAINMENT INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-07803-RGK-AJR<br><br>**DEFENDANT BELLEVILLE SENATORS INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF JURISDICTION [FRCP 12(B)(2)], IMPROPER VENUE [FRCP 12(B)(3)] AND *FORUM NON CONVENIENS***<br><br>*Filed concurrently with Memorandum of Points and Authorities, Declaration of Erin Crowe, and [Proposed] Order*<br><br>Judge: Hon. R. Gary Klausner<br>Hearing Date: December 30, 2024<br>Time: 9:00 a.m.<br>Place: Ctrm 850<br>Complaint Filed: September 12, 2024 |

- 1 -

NOTICE OF MOTION TO DISMISS

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on December 30, 2024, at 9:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 850 before the Honorable R. Gary Klausner of the above-entitled Court, located at 255 East Temple Street, Los Angeles, CA, 90012, Defendant Belleville Senators Inc. (erroneously sued as Capital Sports & Entertainment, Inc.) (the "Senators"), will and hereby does move this Court for an order dismissing Plaintiff Associated Production Music, LLC ("APM")'s Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and the doctrine of *forum non conveniens*.[1]

The Motion to Dismiss provides the following bases for dismissing the instant action with prejudice: (i) the Court lacks personal jurisdiction over the Senators; (ii) the United States District Court for the Central District of California is an inappropriate venue; and (iii) the doctrine of *forum non conveniens* applies and favors trial of this matter in Canada.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities and the Declaration and Exhibits attached thereto, all pleadings and documents on file in this matter, and on such other and further evidence or argument as may be presented at or before the hearing on this matter.

///
///
///
///
///

---

[1] The Senators note this Court's November 21, 2024 ECF docket entry states that the Senators "shall have up to and including December 27, 2024, to respond to the Complaint in this matter." Dkt. 42. This created confusion where the text of the Court's Order, which the Senators discovered November 26, 2024, provides that the extension for the Senators was only granted to November 25, 2024. No prejudice results from this one-day delay.

This Motion is made following the conference of counsel under L.R. 3-7, which took place on November 19, 2024.

Dated: November 26, 2024

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ James V. Fazio III
James V. Fazio III
Alison M. Pringle
Attorneys for Defendant
Belleville Senators, Inc. (erroneously sued as Capital Sports & Entertainment, Inc.)