| | |
|---|---|
| 1 | Douglas L. Johnson (SBN 209216) |
| | Frank R. Trechsel (SBN 312199) |
| 2 | **JOHNSON & JOHNSON LLP** |
| 3 | 439 North Canon Drive, Suite 200 |
| | Beverly Hills, California 90210 |
| 4 | Telephone: (310) 975-1080 |
| | Facsimile: (310) 975-1095 |
| 5 | Email:      djohnson@jjllplaw.com |
| |              ftrechsel@jjllplaw.com |
| 6 | |
| 7 | *Attorneys for Plaintiff* |
| | ASSOCIATED PRODUCTION MUSIC LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASSOCIATED PRODUCTION MUSIC LLC, a New York limited liability company, | No.: 2:24-cv-07803- RGK-AJR |
| | **NOTICE OF SETTLEMENT** |
| Plaintiff, | |
| vs. | |
| AMERICAN HOCKEY LEAGUE, a Massachusetts nonprofit corporation; UTICA COMETS, LLC, a New York limited liability company; HERSHEY ENTERTAINMENT & RESORTS COMPANY, a Pennsylvania corporation; ONTARIO REIGN HOCKEY CLUB, LLC, a Delaware limited liability company; SYRACUSE HOCKEY OWNERSHIP TEAM, LP, a New York limited partnership; ICEARIZONA AHL CO LLC, a Delaware limited liability company; LARIMER COUNTRY SPORTS, LLC, doing business as Colorado Eagles Pro Hockey, a Colorado limited liability company; CAVALIERS OPERATING COMPANY, LLC, a Delaware limited liability company; CHICAGO BLACKHAWK HOCKEY TEAM, INC. a Delaware corporation; CAPITAL SPORTS & ENTERTAINMENT INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that Plaintiff ASSOCIATED PRODUCTION MUSIC LLC, ("APM") and Defendant HERSHEY ENTERTAINMENT & RESORTS COMPANY ("Hershey") have reached a confidential settlement. APM will prepare and file a Notice of Dismissal of Hershey pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i), upon execution of the confidential settlement agreement and performance under its terms. The action shall otherwise proceed as to all other parties.

DATED: December 11, 2024

By: /S/*Frank R. Trechsel*
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
Frank R. Trechsel (SBN 312199)
ftrechsel@jjllplaw.com

Attorneys for Plaintiff