SEAN D. FLAHERTY (SBN: 272598)
sflaherty@grsm.com
ALISON M. PRINGLE (SBN: 319995)
apringle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (619) 696-7124

Attorneys for Defendants
Utica Comets, LLC, Syracuse Hockey Ownership
Team, LP, Larimer County Sports, LLC, Doing
Business as Colorado Eagles Pro Hockey,
Cavaliers Hockey Holdings, LLC

## IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASSOCIATED PRODUCTION MUSIC LLC, a New York limited liability company,<br><br>              Plaintiff,<br><br>     v.<br><br>AMERICAN HOCKEY LEAGUE, a Massachusetts nonprofit corporation; UTICA COMETS, LLC, a New York limited liability company; HERSHEY ENTERTAINMENT & RESORTS COMPANY, a Pennsylvania corporation; ONTARIO REIGN HOCKEY CLUB, LLC, a Delaware limited liability company; SYRACUSE HOCKEY OWNERSHIP TEAM, LP, a New York limited partnership; ICEARIZONA AHL CO LLC, a Delaware limited liability company; LARIMER COUNTRY SPORTS, LLC, doing business as Colorado Eagles Pro Hockey, a Colorado limited liability company; CAVALIERS OPERATING COMPANY, LLC, a Delaware limited liability company; CHICAGO BLACKHAWK HOCKEY TEAM, INC. a Delaware corporation; CAPITAL SPORTS & ENTERTAINMENT INC., a Delaware corporation; and DOES 1-10, inclusive, | Case No. 2:24-CV-07803-RGK-AJR<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF JURISDICTION [FRCP 12(B)(2)], IMPROPER VENUE [FRCP 12(B)(3)], *FORUM NON CONVENIENS*, AND FAILURE TO STATE A CLAIM [FRCP 12(B)(6)]**<br><br>*Filed concurrently with Memorandum of Points and Authorities, Declarations of Adam Pawlick, Megan Cahill, Michael Ostrowski, Ryan Bach, and [Proposed] Order*<br><br>Judge: Hon. R. Gary Klausner<br>Hearing Date: March 3, 2025<br>Time: 9:00 a.m.<br>Place: Ctrm 850<br>Complaint Filed: Sept. 12, 2024 |

- 1 -

Defendants.

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 3, 2025 or as soon thereafter as the matter may be heard in Courtroom 850 before the Honorable R. Gary Klausner of the above-entitled court—located at Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012 —

Defendants Utica Comets, LLC, Syracuse Hockey Ownership Team, LP, Larimer County Sports, LLC, Doing Business as Colorado Eagles Pro Hockey, Cavaliers Hockey Holdings, LLC will and hereby do move to dismiss, due to the absence of personal jurisdiction under Fed. R. Civ. Proc. 12(b)(2), defective venue under Fed. R. Civ. Proc. 12(b)(3) and 28 U.S.C. § 1406, or in the alternative due to the convenience of the parties and witnesses and in the interests of justice under 28 U.S.C. § 1404; and further for a failure to state a claim for relief under Rule 12(b)(6) as Plaintiff has failed to allege standing.

The motion is based upon this notice and motion, the accompanying memorandum of points and authorities, the declarations of Adam Pawlick, Megan Cahill, Ryan Bach, and Michael Ostrowski, as well as the exhibits corresponding thereto, all other papers on file in this action, all matters of which the Court may properly take judicial notice, and any further documentary evidence and oral argument that this Court may accept during the hearing.

<u>Certification Under L.R. 7-3</u>

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 12, 2024 as well as a subsequent supplemental discussions which took place on December 18, 2024, and January 17, 2025.

Dated: January 27, 2025                    Respectfully Submitted,

                                           GORDON REES SCULLY
                                           MANSUKHANI, LLP


                                           By: */s/ Sean D Flaherty*
                                                Sean D. Flaherty
                                                Alison M. Pringle
                                                Attorneys for Defendants
                                                Utica Comets, LLC, Syracuse
                                                Hockey Ownership Team, LP,
                                                Larimer County Sports, LLC, Doing
                                                Business as Colorado Eagles Pro
                                                Hockey, Cavaliers Hockey Holdings,
                                                LLC